IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| CHRISTY CARILLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KODAK LAW, LLC, | ) |
| | ) |
| Defendant. | )   Civil Action No. 5:23-CV-117-C |

## ORDER

The Court notes that the Parties have reached a settlement of all matters in controversy and filed a Notice of Settlement on October 25, 2024.

As such, the above-styled and -numbered civil action is **ADMINISTRATIVELY CLOSED**. The Parties shall file dismissal documents within 60 days from the date of this Order.

SO ORDERED this 28th day of October, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE